[No. 26688-1-II.  Division Two.  August 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM RAYBURN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02470-7, James R. Orlando, J., entered November 15, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 44430-1-I.  Division One.  August 6, 2001.]

*In the Matter of the Personal Restraint of* ERIC J. FELTON, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 45651-2-I.  Division One.  August 6, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE BONECLUB, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00831-9, Steven J. Mura, J., entered October 21, 1999. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 45652-1-I.  Division One.  August 6, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE BONECLUB, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00224-8, Stephen J. Mura, J., entered October 21, 1999. *Affirmed* by unpublished per curiam opinion.